Zachary M. Best, SBN 166063
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Cleveland Vickers

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PAUL H. MAK, et al.,<br><br>        Defendants. | No. 2:17-cv-02612-TLN-EFB<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS NATION'S GIANT HAMBURGERS NO. 22 AND NATION'S FOODSERVICE, INC. TO RESPOND TO COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Cleveland Vickers ("Plaintiff") and Defendants Nation's Giant Hamburgers No. 22 and Nation's Foodservice, Inc. (collectively "Defendants"), by and through their counsel of record, previously entered into a stipulation granting Defendants to and including February 23, 2018 to file a responsive pleading in this matter (Dkt. 8);

**WHEREAS,** Defendants are determining representation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including March 5, 2018 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Date: February 28, 2018				MISSION LAW FIRM, A.P.C.

						*/s/ Zachary M. Best*
						Zachary M. Best
						Attorneys for Plaintiff
						Cleveland Vickers

Date: February 28, 2018				WENDEL, ROSEN, BLACK & DEAN LLP

						*/s/ Garret D. Murai*
						Garret D. Murai
						Attorneys for Defendants
						NATION'S GIANT HAMBURGERS NO. 22 and
						NATION'S FOODSERVICE, INC.

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Nation's Giant Hamburgers No. 22 and Nation's Foodservice, Inc., shall have to and including March 5, 2018 within which to file responsive pleadings.

**IT IS SO ORDERED.**

Dated: March 1, 2018

Troy L. Nunley
United States District Judge